JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK R. GILL,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; f/k/a HARTFORD LIFE GROUP INSURANCE COMPANY; and PPG INDUSTRIES INC. AND PARTICIPATING SUBSIDIARIES GROUP DISABILITY INCOME INSURANCE PLAN,<br><br>    Defendants. | Case No.  CV09-5458 GAF (CTx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |

The above-referenced action shall be dismissed in its entirety with prejudice as to all defendants, with each party to bear her or its own attorneys' fees and costs.

DATED: December 28, 2009   _____
                                             UNITED STATES DISTRICT COURT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4840-8844-4677 v1

CASE NO.:  CV09-5458 GAF (CTX)
ORDER RE STIP. FOR DISMISSAL
W/PREJUDICE OF ENTIRE ACTION